UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
SHIVAN BASSAW, Individually, and On Behalf of All Others Similarly Situated,

      Plaintiff,

vs.

FANTASIA TRADING LLC,

      Defendants.
-----------------------------------------x

Index No.: 1:23-cv-04668

**NOTICE OF VOLUNTARY DISMISSAL**

 Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff SHIVAN BASSAW hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant FANTASIA TRADING LLC,

DATED: August 9, 2023    **MIZRAHI KROUB LLP**

          /s/ Patrick William Gallagher
         PATRICK WILLIAM GALLAGHER

PATRICK WILLIAM GALLAGHER
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
Pgallagher@mizrahikroub.Com

*Attorneys for Plaintiff*